### 905.   Scott, *alias* Warren, *v.* The State.

Powell, J.   For the reasons stated in *Plummer* v. *State,* 1 *Ga. App.* 507 (57 S. E. 969), this court can not reverse the refusal of a new trial on the evidence submitted. The conviction being for assault with intent to rape, and not for rape, the doctrine of the *Fields* case, 2 *Ga. App.* 41 (58 S. E. 327), and not of the *Davis* case, 120 *Ga.* 435 (48 S. E. 180), is applicable on the question of corroboration.     *Judgment affirmed.*

Indictment for assault with intent to rape, from Hancock superior court—Judge Reagan presiding. November 18, 1907.

Submitted January 14,—Decided January 27, 1908.

*T. M. Hunt, T. L. Reese,* for plaintiff in error.
*D. W. Meadow, solicitor-general,* contra.